## FIFTH DEPARTMENT, JUNE TERM, 1891.

der affirmed, with ten dollars costs and printing disbursements.

David Addis and others, Respondents, v. Cornelius Low Addis, Appellant.—Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Peter Beaudin, Appellant, v. The Central Vermont Railroad Company, Respondent.—Judgment affirmed, with costs. Opinion by Mayham, J.

Cornell Vosburgh, Respondent, v. Peter G. Kemp and another, Appellants.—Judgment affirmed, with costs.

In the Matter of the Application of John S. Maxwell for Admission as Attorney and Counselor. — Application for admission denied. Opinion by Learned, P. J.

Catherine McGovern, as Administratrix, etc., Respondent, v. The Central Vermont Railroad, Appellant. — Judgment and order affirmed, with costs.

Charles Oberle, Respondent, v. The Lang Manufacturing Company, Appellant. — Judgment reversed and new trial granted, costs to abide event, unless plaintiff stipulates within twenty days to deduct from the recovery ten dollars and sixty-six cents, being amount of judgment in City Court; if it be so stipulated, judgment, as so modified, affirmed, with costs.

Milton F. Adams v. The Lamson Consolidated Store Service Company.—Motion to go to the Court of Appeals denied.

Aaron R. Stevens and others, Appellants, v. The Union Trust Company and others, Respondents.— Order modified by denying motion to make petitioners defendants, but requiring plaintiffs to serve on their attorney notice of application for judgment, or of discontinuance or other disposition of the case in like manner as if they were parties, and without prejudice to a renewal of this application; no costs to either party.

60h(h) 581
64ad464

---

## FIFTH DEPARTMENT, JUNE TERM, 1891.

In the Matter of the Extension of Newland Avenue in the City of Jamestown.— Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Dwight, P. J.

The People of the State of New York, Respondent, v. Emily Hawes, Appellant.—Judgment and conviction affirmed, and the case remitted to the Court of Sessions of Niagara county to proceed therein.

The People of the State of New York ex rel. Thomas B. Cosford, Appellant, v. The Board of Supervisors of Niagara County, Respondent.— Order appealed from affirmed, with costs on opinion of Lewis, J., at Special Term.

Samuel Bryant, Administrator, etc., Respondent, v. The Town of Randolph, Appellant.— Judgment and order appealed from affirmed. Opinion by Macomber, J.

Myra L. Spring, Executrix, etc., Respondent, v. Chautauqua Mutual Life Association, Appellant.— Order denying motion for a new trial affirmed, with costs, and judgment ordered for the plaintiff on the verdict. Opinion by Macomber, J.

In the Matter of the Application of Certain Freeholders of Town of Montezuma for an order requiring repairing or rebuilding of a bridge, between the Towns of Montezuma and Conquest, known as Howland Bridge.— Order denying prayer of petition affirmed, with costs. Order denying costs to the two towns reversed, and separate bills of costs allowed to them. Opinion by Macomber, J.

The People of the State of New York, Respondent, v. Stephen Tower, Appellant. — Case stands over to enable respondent to obtain correction of the appeal book.

The People of the State of New York, Appellant, v. John O. Jeffery, Respondent.—Judgment of Court of Sessions of Niagara county affirmed. Opinion by Macomber, J.

The People of the State of New York, Appellant, v. Hezekiah Seeley, Respondent.— Judgment of Court of Sessions of Niagara county affirmed. Opinion by Macomber, J.

Frank Harley, Appellant, v. Buffalo Car Manufacturing Company, Respondent.— Order denying plaintiffs' motion for a new trial reversed, and a new trial ordered, with costs to abide the event. Opinion by Dwight, J.

Honora Archibald, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment of the County Court of Monroe county appealed from affirmed with costs. Opinion by Macomber, J.

Sylvester Trimmer, Appellant, v. George T. Fish and another, Respondents.— Judgment and order appealed from reversed, and a new trial ordered in the County Court of Monroe county, with costs to abide the event. Opinion by Dwight, P J.

The People of the State of New York, Respondent, v. Newton A. Drown and another, Appellants.— Judgment and conviction appealed from reversed, and a new trial granted in the Court of Sessions of Monroe county. Opinion by Macomber, J.; Dwight, P. J, concurs on ground of the errors in the charge of the court to the jury.

Charles Griesa and others, Respondents, v. The Massachusetts Benefit Association, Appellant.—Judgment appealed from affirmed. Opinion by Dwight, P. J.

William Prince, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order of County Court of Monroe county appealed from affirmed, with costs. Opinion by Macomber, J.

Frederick St. John, Respondent, v. Conrad Swain, Jr., Appellant.—Judgment and order of the County Court of Erie county appealed from affirmed, with costs. Opinion by Macomber, J.

The People of the State of New York, Respondent, v. Charles Harris, Appellant.—Judgment and conviction affirmed and the case remitted to the Court of Sessions of Cattaraugus county to proceed therein. Opinion by Macomber, J.

James Rock, Respondent, v. John Doerr, Appellant.—Judgment appealed from affirmed. Opinion by Dwight, P. J.

William H. Lockwood, Appellant, v. Benjamin F. Lockwood, Respondent.—Judgment of County Court of Monroe county affirmed, with costs. Opinion by Macomber, J.

Baldwin's Bank of Penn Yan, Appellant, v. John H. Butler, Impleaded, etc., Respondent — Order appealed from granting a new trial modified so as to impose the payment of the costs of the trial, and of the motion, as a condition of the order, and as so modified affirmed, without costs of this appeal to either party. Opinion by Macomber, J.

Rochester Railway Company, Appellant, v. William H. Robinson, Respondent. — Judgment appealed from affirmed, with costs, but without prejudice to a renewal of the application on an amended petition.

Rochester Electric-Light Company, Appellant, v. The Rochester Power Company, Respondent. — Judgment appealed from affirmed, with costs. Opinion by Dwight, P. J.